IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

LEONARD ROBERT NOLAN,

Appellant,

v.

Case No.  5D21-1690
LT Case No. 2018-CF-002206-A

STATE OF FLORIDA,

Appellee.

_____/

Decision filed September 13, 2022

Appeal from the Circuit Court
for Seminole County,
Marlene M. Alva, Judge.

Michael Ufferman, of Michael Ufferman
Law Firm, P.A., Tallahassee, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Pamela J. Koller,
Assistant Attorney General, Daytona
Beach, for Appellee.

PER CURIAM.

       AFFIRMED.


EVANDER, TRAVER and WOZNIAK, JJ., concur.